IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. |
| | : | 2:20-CR-23-SCJ-JCF-5 |
| DASHUN MARTIN | : | |
| | : | |

**Defendant's Motion for a Hearing to Determine Competency of Defendant and Order for Pretrial Psychiatric Examination**

COMES NOW, the Defendant, by and through the undersigned attorney and, and files this Motion for a Hearing to Determine the Mental Competency of the Defendant and an Order for Pretrial Psychiatric Examination.

**I.**

Mr. Martin is charged in Count 1 with a violation of 18 U.S.C. § 371 (general conspiracy), alleging he did conspire with Jesse James Smallwood, Delveccho Waller Jr., Bruce Thompson, and Judah Coleman Bailey to commit an offense against the United States, by conspiring and agreeing to damage and destroy, by means of fire and explosive materials, a Gainesville, Georgia, Police Department patrol vehicle used in interstate and foreign commerce and in violation

of Title 18 U.S.C. § 844(i). Count 2 charges Mr. Martin with and the same codefendant with a substantive violation of Title 18 U.S.C. § 844(i) (arson), in that the Defendants did maliciously damage and destroy, and attempt to damage and destroy by means of fire and explosive materials a Gainesville, Georgia, Police Department patrol vehicle used in interstate and foreign commerce. (Doc:1.)

## II.

Pursuant to Title 18 U.S.C. § 4241(a), a defendant or attorney for the government may, at any time after the commencement of a prosecution for an offense, but prior to sentencing, file a motion for a hearing to determine the mental competency of the defendant.  Under § 4241(a), the court "shall grant the motion, or shall order such a hearing on its own motion, if there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect" that prevents him from understanding the "nature and consequences of the proceedings against him or to assist properly in his own defense." 18 U.S.C. § 4241(a).

Further, prior to the date of a hearing pursuant to Title 18 U.S.C. § 4241(a), the court may order, under Title 18 U.S.C. § 4241(b) and 4247(b) and (c), that "a psychiatric or psychological examination of the defendant be conducted, and a psychiatric or psychological report be filed with court." The

psychiatric or psychological examination must be conducted by a licensed or certified psychiatrist or psychologist designated by the court, see 18 U.S.C. § 4247(b), and the report must satisfy the requirements of Title 18, United States Code, Section 4247(c).

## III.

Pursuant to Title 18, United States Code, Sections 4241(a) and (b), the Defendant requests that the Court: (1) conduct a hearing to determine the mental competency of Defendant, and (2) prior to that hearing, order that Defendant undergo an examination and evaluation to determine his mental competency to stand trial pursuant to Title 18, United States Code, Sections 4247(b) and (c).

Specifically, the Defendant asks that the Court order that Defendant be examined by a court-appointed psychiatrist to determine Defendant=s ability (1) ability to understand the nature and consequences of the present proceedings against him, and (2) to assist properly in his own defense. Further, pursuant to Title 18 U.S.C. § 4241 and 4247(b), the Defendant requests that the Court order that Defendant be committed to the custody of the Attorney General for placement in a suitable facility for a period not to exceed thirty (30) days for the purpose of conducting a psychiatric or psychological examination in

accordance with 18 U.S.C. 4247(b) and (c).

The Defendant further requests that this court order the facility to return a written report to the Court, counsel for Defendant, and the United States Attorney for the Northern District of Georgia of his findings, as soon as practicable. The Court should order that the report of the psychologist shall state:

    a. the Defendant's history and present symptoms;

    b. the psychological and medical tests that were employed and their results;

    c. his opinions as to diagnosis, prognosis, and whether Defendant is suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

18 U.S.C. § 4247(c). Assistant United States Attorney, Gregory Radics was approached about this motion and he had no objection.

## IV.

The period of time requested by the Defendant's motion should properly be excluded from the speedy trial clock. The delay occasioned by the motion is for good cause, due to the need to determine the mental competency of Defendant. Therefore, the ends of justice served by granting the Defendant's motion outweigh the best interest of the public and the defendant in a speedy trial, pursuant to Title 18, United States Code, Section 3161(h)(1)(A).

This 25th day of March 2021.

                                          Respectfully submitted,

                                          */s/ S. Fenn Little, Jr.*
                                          S. Fenn Little, Jr.
                                          Attorney for: Dashun Martin
                                          GA Bar Number: 454360

**S. FENN LITTLE, JR., PC**
1490 Mecaslin Str., NW
Atlanta, Georgia 30309
(404) 815-3100 ph.
(404) 521-4029 fax
fennlaw@fennlittle.com

## CERTIFICATE OF SERVICE

 I hereby certify that a copy of the foregoing Motion to Approve Additional Service Provider Funds was formatted in Times New Roman 14 pt., in accordance with Local Rule 5.1B, and was electronically filed this day with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to all parties of record:

 Dated: This 25th day of March 2021.

               Respectfully submitted,

               /s/ S. Fenn Little, Jr.
               Ga. Bar # 454360

**FENN LITTLE, ESQ.**
**ATTORNEY AT LAW**
1490 Mecaslin St., NW
Atlanta, GA  30309
Ph: 404-815-3100
Fax:  404-521-4029
fennlaw@outlook.com